UNITED STATES of America,
Plaintiff–Appellee,

v.

Edward KLEIN, Defendant–Appellant.

No. 12–16308
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 2, 2013.

Lisette Marie Reid, Anne Ruth Schultz, Wifredo A. Ferrer, U.S. Attorney's Office, Jennifer Margolis Marquez, David E. Newman, PA, Miami, FL, for Plaintiff–Appellee.

David Scott Harris, David S. Harris, Esq., Miami, FL, for Defendant–Appellant.

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the facts and legal arguments presented in the briefs of the parties, we affirm the district court in all respects

related to this appeal for the reasons stated by the district court in its order.

**AFFIRMED.**